**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| ROSEMARY BLAIR | |
| Debtor | Bankruptcy No. 19-13561-AMC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 4, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
HENRY ALAN JEFFERSON
JEFFERSON LAW LLC
1735 MARKET ST., STE 3750
PHILADELPHIA, PA 19103-

Debtor:
ROSEMARY  BLAIR

531 PALMER ROAD

CONSHOHOCKEN, PA 19428-